# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY WILLNERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV482 |
| vs. | ) | |
| | ) | ORDER |
| FIRST NATIONAL OF NEBRASKA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion (#44) made by the Mediator, Robert J. Kirby, to extend the stay of all activity in the case. For good cause shown and in the interest of justice,

**IT IS ORDERED:**

1. The oral motion (#44) of the mediator is granted.

2. Paragraph 8 of the court's Mediation Reference Order (#43), is amended to extend the stay of all activity in the case through **March 31, 2007.**

Dated this 4th day of January 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge