# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JEFFREY WILLNERD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV482** |
| vs. ) | |
| ) | **ORDER** |
| **FIRST NATIONAL OF NEBRASKA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon the representation that the motion is unopposed,

**IT IS ORDERED** that defendant's Motion [58] to extend the deadline for filing motions for summary judgment is granted. The deadline set in paragraph 5 of the Second Amended Final Progression Order [47] is extended to July 30, 2007.

**DATED June 12, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**