IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY WILLNERD, | ) | Case No. 8:05CV482 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Amend Progression Order (Doc. 106) is granted, and the following deadlines set forth in the Final Progression Order (Doc. 100) are extended as follows:

- Motions for Summary Judgment:  December 30, 2009;
- Deposition Deadline:  January 8, 2010;
- Plaintiff's Disclosure of Economic Expert Witnesses:  September 25, 2009;
- Defendant's Disclosure of Economic Expert Witnesses:  November 30, 2009;
- Plaintiff's Disclosure of Rebuttal Economic Expert Witnesses:  December 30, 2009;
- Trial Exhibits:  March 1, 2010;
- Motions *in Limine* (experts):  November 30, 2009;
- Motions *in Limine* (other):  January 30, 2010;
- Final Pretrial Conference:  Monday, March 22, 2010 at 11:00 a.m.
- Trial:  Tuesday, April 13, 2009

**DATED September 15, 2009.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**