IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY WILLNERD, | ) | Case No. 8:05cv482 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FIRST NATIONAL OF NEBRASKA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice to the magistrate judge from Douglas Peterson, counsel for Plaintiff, that settlement was reached through mediation,

**IT IS ORDERED:**

1. On or before **December 24, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at [gossett@ned.uscourts.gov](mailto:gossett@ned.uscourts.gov), a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for March 22, 2010 and the jury trial scheduled for April 13, 2010 are cancelled upon the representation that this case is settled.

Dated this 24th day of November 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge