# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JEFFREY WILLNERD,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)   **8:05CV482** |
| vs. | )<br>) |
| **FIRST NATIONAL OF NEBRASKA, INC.,** | )   **ORDER OF DISMISSAL**<br>)<br>) |
| **Defendant.** | ) |

Pursuant to the parties' written Stipulation for Dismissal (Filing No. 112), this case is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41, each party to bear their own costs.

**DATED December 16, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**